AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MOISES ABRAHAM SOTELO<br><br>_____<br>*Defendant.* | )<br>)<br>) Case No. 20-6551-PMH<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/18/2020 to 10/22/2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Diana Lim, Special Agent FBI
*Printed name and title*

Sworn in my presence by ~~WhatsApp~~ telephone

Date: 10/23/2020

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Partick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Diana Lim, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January of 2019. I currently serve on the Violent Crimes against Children squad in the FBI's Miami Field Office. As part of this squad, I am a participating member of the Human Trafficking and Child Exploitation Task Force. My duties include the detection and neutralization of human trafficking and child exploitation. I have received training on the proper investigative techniques for these violations including surveillance techniques; interviewing methods of subjects, witnesses, and victims; and the preparation and execution of arrest, search, and seizure warrants. I have experience in reviewing still images and videos containing sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and I have discussed and reviewed these materials with other law enforcement officers.

2. I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute, and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, and for offenses against the United States.

3. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This Affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint charging MOISES ABRAHAM SOTELO (hereinafter

1

referred to as "SOTELO") with possession of visual depictions of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (a)(2) and receipt of visual depictions of child pornography in violation of Title 18, United States Code, Sections 2252(a)(2)(B).

## PROBABLE CAUSE

4. FBI Miami Division received a request from FBI Minneapolis Division to locate and interview an individual currently residing southern Florida who was allegedly trading images of child pornography on the social media application, LiveMe.

5. A law enforcement officer serving in an undercover capacity accessed a group on the LiveMe application entitled, "$cashmoney's FAM." One of the moderations [moderators de] is an individual using the username "piper954" (hereinafter referred to as PIPER). The undercover officer accessed PIPER's profile page on LiveMe that included the statement within the profile, "looking for girls down in fort lauderdale to be naughty with and ill give you something in return. hit me up if interested. welcome all pics and vids of hot girls."

6. During an online undercover session on or about April 26, 2020, PIPER responded to an image posted within the "$cashmoney's FAM" group by another member. This image was of a clothed prepubescent minor. PIPER asked the group for more links. As a moderator of this group, PIPER has the ability to allow other members of the group to post links which he would authorize and distribute to the rest of the members of the group.

7. On or about April 23, 2020, law enforcement obtained subpoena results from LiveMe that confirmed the registered email address for username, "piper954," was redbaronred954@gmail.com and was accessed by an IP address registered to AT&T U-verse in southern Florida. A subsequent subpoena to AT&T U-verse resulted with subscriber information for

2

this IP address as MARIA NAVARETTE residing at 620 North 68th Terrace, Hollywood, Florida 33024 with a registered email address as moe_31_99@yahoo.com. Subpoena results to Google, LLC for email address redbaronred954@gmail.com confirmed the account's recovery email address was listed as moe_31_99@yahoo.com.

8. Law enforcement conducted a records check for individuals residing at 620 North 68th Terrace in Hollywood, Florida. The records check revealed that an individual by the name of SOTELO was associated with the address.

9. On October 22, 2020, law enforcement officers made contact with the residents of the home in Hollywood. It was learned that SOTELO resides at the address with his parents, sister, and niece. An interview was conducted of SOTELO at the residence. SOTELO admitted that he utilized the username, "piper954" on LiveMe. SOTELO then consented to a voluntary interview with law enforcement at the FBI Miami Field Office located at 2030 SW 145th Avenue, Miramar, Florida 33027. Post-*Miranda*, SOTELO acknowledged his role as a moderator for the LiveMe group "$cashmoney's FAM" and has utilized the group to download videos and images of child pornography.

10. SOTELO admitted to searching his already downloaded files on his phone specifically for videos depicting ten or eleven year old girl-on-girl child pornography videos. He admitted to masturbating while watching these videos in the past. He further provided that this activity occurred on his cellular phone.

11. SOTELO provided consent for the search of his cellular phone which is an LG model # GSM LM-Q610MA Q7 Plus. During an initial preview of the phone, law enforcement identified categorized folders of child pornography which included the following:

3

- A video file titled "image (24).mp4" that depicts what appears to be a dog licking the anus and genitals of a prepubescent or early pubescent minor female. This video is nine seconds in length and appears to have been downloaded on or about October 18, 2020.

- A video file located in a folder titled "K9kids" depicting a prepubescent female placing a dog's penis in her mouth. The video is 48 seconds in length.

- A video file located in a folder titled "kiddos" is depicting a dog licking the vagina of a prepubescent female. The video is four minutes and 22 seconds in length.

- A video file titled "VID-20180319-WA0044" depicting what appears to be a toddler-aged female being anally penetrated by an adult male's penis. This video is one minute and 26 seconds in length and appears to have been downloaded on or about March 19, 2018.

## CONCLUSION

12.     Based on the foregoing, I respectfully submit that there is probable cause to support the arrest of, MOISES ABRAHAM SOTELO, for possession of visual depictions of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (a)(2) and receipt of visual

4

depictions of child pornography in violation of Title 18, United States Code, Sections 2252(a)(2)(B).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
DIANA LIM, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this **23** day of October 2020.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE